■ In the Matter of JOHN M. MATHIASON JR. et al., Appellants, v PHIL DAVENPORT et al., Constituting the Planning Board of the Town of Shandaken, et al., Respondents. [754 NYS2d 620] —Appeal from a judgment of the Supreme Court (Spargo, J.), entered July 18, 2002 in Ulster County, which dismissed petitioners' application, in a proceeding pursuant to CPLR article 78, to review a determination of the Planning Board of the Town of Shandaken granting respondent Shandaken Area Youth Sports' application for a special use permit.

Judgment affirmed, upon the opinion of Justice Thomas J. Spargo.

Mercure, J.P., Peters, Spain, Rose and Lahtinen, JJ., concur. Ordered that the judgment is affirmed, without costs.